UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN FLOYD VOSS, | ) | 3:08-CV-342-BES (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 5, 2008 |
| | ) | |
| MEGAN McCLELLAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Strike Defendants' Motion to Dismiss as Moot (Doc. #37) and Defendants have opposed the Motion (Doc. #56).

Plaintiff's Motion to Strike Defendants' Motion to Dismiss as Moot (Doc. #37) is **DENIED**.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:       /s/
              Deputy Clerk