## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN FLOYD VOSS, | ) | 3:08-CV-342-RCJ (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 3, 2009 |
| | ) | |
| MEGAN McCLELLAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Extension of Time to File an Opposition to Defendants' Motion for Case Terminating Sanctions (Doc. #131) and Motion for Order to Compel Defendants to Produce Transcript of Deposition of the Plaintiff (Doc. #132). Defendants have responded to Plaintiff's Motions (Doc. Nos. 141 and 142).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Case Terminating Sanctions (Doc. #131) is **GRANTED**. Plaintiff shall have ten (10) days from the date of this Order in which to file his Opposition to Defendants' Motion for Case Terminating Sanctions (Doc. #123).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Compel Defendants to Produce Transcript of Deposition of the Plaintiff (Doc. #132) is **DENIED** as moot. It appears from Defendants' response to Plaintiff's motion (Doc. #142) that the transcript of Plaintiff's deposition was provided to Plaintiff on October 20, 2009 (Doc. #128-2).

                                        LANCE S. WILSON, CLERK

                                        By:_____/s/_____
                                              Deputy Clerk