UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| STEVEN FLOYD VOSS, | CASE NO. 3:08-CV-0342-RCJ-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: SEPTEMBER 14, 2010 |
| MEGAN McCLELLAN, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE
Deputy Clerk: JENNIFER COTTER    Reporter: FTR: 1:28:32 p.m. - 1:32:50 p.m.
Counsel for Plaintiff(s): STEVEN FLOYD VOSS, In Pro Per (telephonically)
Counsel for Defendant(s): CLARK LESLIE (telephonically)

PROCEEDINGS: **MOTION HEARING**

1:28 p.m. Court convenes.

**Motion to Extend Time to File Opposition (Docket #202) and Motion to Exceed Copy Limits (Docket #203)**

IT IS ORDERED that the Motion to Extend Time to File Opposition and Motion to Exceed Copy Limits are DENIED as MOOT.

**Motion to Exceed Page Limits (Docket #205)**

IT IS ORDERED that the Motion to Exceed Page Limits is GRANTED.

**Motion to Extend Time to File Reply (Docket #209)**

IT IS ORDERED that the Motion to Extend Time to File Reply is GRANTED. Defendants shall have **sixty (60) days** to file their reply.

**Motion to Strike Affidavit (Docket #210)**

IT IS ORDERED that the Motion to Strike Affidavit is DENIED.

1:32 p.m. Court adjourns.

LANCE S. WILSON, CLERK
By: /s/
Deputy Clerk