```
         FILED           RECEIVED
         ENTERED         SERVED ON
                    COUNSEL/PARTIES OF RECORD

              MAR 2 1 2011

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
       BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN FLOYD VOSS, | 3:08-CV-342-RCJ-RAM |
| Plaintiff, | |
| v. | ORDER |
| MEGAN MCCLELLAN, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr., (#123) entered on February 8, 2011, recommending the Court grant Defendants' Motion for Summary Judgment (#185). Plaintiff filed an Objection (#219) to the Report and Recommendation.

The Court has conducted it's *de novo* review in this case and has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#217) entered on February 8, 2011, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#217) entered on February 8, 2011, is adopted and accepted.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (#185) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Amended Particular of Claims is DENIED.

The Clerk of the Court shall enter Judgment accordingly.

///
///
///

1  DATED: this 21st day of March, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE